**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**



FILED

APR 1 7 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____N.V._____,DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. CR-19-111 R |
| **-vs-** | ) | |
| | ) | |
| **JASON SCOTT PEDRO,** | ) | **Violations:  18 U.S.C. § 922(g)(1)** |
| | ) | **18 U.S.C. § 924(d)** |
| **Defendant.** | ) | **28 U.S.C. § 2461(c)** |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Felon in Possession of Firearm)**

On or about February 7, 2019, in Clinton, Oklahoma, in the Western District

of Oklahoma,

------------------------------------ **JASON SCOTT PEDRO,** ------------------------------------

having previously been convicted of a crime punishable by a term of imprisonment

exceeding one year, knowingly and unlawfully possessed the following firearm, to wit:  a

S.O.T.A Arms, Model SA 15, "multi" caliber lower receiver, bearing serial number

007403, which was in and affecting interstate commerce, in that the firearm had previously

crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the

penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## **FORFEITURE**

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses set forth in Count 1 of this Indictment, **JASON SCOTT PEDRO** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense(s).

The property subject to forfeiture includes, but is not limited to:

(1)     A S.O.T.A Arms, Model SA 15, "multi" caliber lower receiver, bearing serial number 007403;

(2)     One-hundred and fifty (150) rounds of .223 caliber ammunition; and

(3)     Any and all magazines and ammunition not otherwise specified.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
First Assistant U.S. Attorney

MARY E. WALTERS
Assistant U.S. Attorney