# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: CR-19-111-R

Charging Document: **INDICTMENT**  No. of Defendants: 1  Total No. of Counts: 1  Sealed: Y ☑  N ☐

Forfeiture: Y ☑ / N ☐  OCDETF: Y ☐ / N ☑  Warrant: ☑  Summons: ☐  Notice: ☐

Companion Case No. (if any): _____

By: Rb
APR 1 7 2019

### DEFENDANT INFORMATION:
- Name: **JASON SCOTT PEDRO**
- Alias(es):
- Address:
- FBI No.:
- DOB: (36) xx/xx/1982
- SSN: xxx-xx-5801
- Race: American Indian
- Interpreter: Y ☐ N ☑
- Sex: M ☑ F ☐
- Juvenile: Y ☐ N ☑
- Language/Dialect: English

### DEFENDANT STATUS/RECOMMENDATION:
- ☐ Not in Custody
- ☑ Detention Requested
- ☐ Type of Bond: _____
- ☑ In Custody at: Custer County Jail
- Inmate/Prisoner/Register No.: 63088

### PRIOR MAGISTRATE PROCEEDINGS:
- Complaint: Y ☐ N ☐
- Magistrate Case No.: MJ-
- Previously Detained: Y ☐ N ☐

### ATTORNEY/AGENCY INFORMATION:
- ☐ Public Defender
- ☐ CJA Panel
- ☐ Retained
- Name: _____
- Address: _____
- Phone: _____
- AUSA: Mary Walters
- Agent/Agency: HSI
- Local Officer/Agency: _____

### CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm | NMT 10 yrs. imprisonment; $250,000 fine; O/B; NMT 3 yrs. S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) | Criminal Forfeiture | |

**RECEIVED**
APR 1 7 2019
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

Signature of AUSA: /s/ Mary E. Walters  Date: 4/15/19

3/19