C/P COURTROOM MIN. SHEET                                Date:  June 25, 2019

CR. CASE NO  U.S.A. -vs-  JASON SCOTT PEDRO

COMMENCED  10:00 a.m.     ENDED  10:15 a.m.     TOTAL TIME   15 mins

JUDGE DAVID RUSSELL     C.R. DEPUTY JANET WRIGHT   REPORTER Tracy Washbourne

COUNSEL FOR PLF.           Mary Walters

COUNSEL FOR DFT.           Bill Earley

PROCEEDINGS:  Change of Plea                              Interpreter:

MINUTE:  Enter as above.

Defendant's Age  36          Probation Officer:   Jaclyn McGarvey/David Dickerson

Dft. appears in person with court appointed counsel.

Is fully apprized.                    Waives Counsel.              Waives Indictment.

Asks and granted leave to withdraw pleas of not guilty to COUNTS

ENTERS PLEA OF guilty to COUNTS   one (1) of a one count Indictment

COUNTS dismissed at time of sentencing.

Plea(s) accepted and referred to Probation Officer.

Sentencing to be set upon completion of the pre-sentence report.

Dft. given _____ days to file motions; Plf to respond _____ days thereafter.

CASE TO BE ON _____ JURY DOCKET.          WAIVES JURY

Bond set at _____ (O.R. - cash or surety)       STAND ON PRESENT BOND

Remanded to U.S. Marshal         Remanded to U.S. Magistrate for processing bond.

MAXIMUM PENALTY NMT  10 years; $250,000.00 fine or both such fine and imprisonment

$100.00 SAF

If sentenced - subject to SUPERVISED RELEASE, TERM OF NMT 3  YEAR.

ENTER ORDER: