

PED - 0005

Exhibit 1