



Proper hammer and trigger spring installation

**Assembly Notes:**
The Hammer Pin and Trigger Pin are identical and can be installed in either direction.
The Safety Detent is installed with the flat base against the spring.
The Disconnector Spring is installed with the flared end down.

Exhibit 2