

Exhibit 2　　　　　　　　　　PED - 0004



Exhibit 2     PED - 0005



Exhibit 2

PED - 0006



Exhibit 2

PED - 0007



Exhibit 2

PED - 0008