# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE**

UNITED STATES OF AMERICA             **CHANGE NOTICE OF HEARING**

Vs             Case No. CR-19-111-R

JASON SCOTT PEDRO
 (in custody)

Type of Case    **CIVIL**             **CRIMINAL  X**

***TAKE NOTICE***
That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place: William J. Holloway, Jr. U.S. Courthouse
       200 N. W. 4th Street             **DATE AND TIME**
       Oklahoma City, Ok.  73102
       Courtroom #**302**             **Thursday November 14, 2019, @ 10:00 a.m.**

TYPE OF PROCEEDING

            SENTENCING

TAKE NOTICE: that the proceeding in this case has been rescheduled as indicated below:

Place:  William J. Holloway, Jr. U.S. Courthouse     **Date and Time Previously Scheduled**
        200 N.W. 4th Street
        Oklahoma City, Ok 73102             **Tuesday November 12, 2019, @ 9:00 a.m.**
        Courtroom #**302**

11/12/19
Date             s/Janet Wright
            BY DEPUTY CLERK

USPO Jaclyn McGarvey
Interpreter