IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-19-111-R |
| ) | |
| JASON SCOTT PEDRO, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Jason Scott Pedro, defendant herein, through his attorney of record, William P. Earley, Assistant Federal Public Defender, intends to appeal to the United States Court of Appeals for the Tenth Circuit the district court's final judgment filed on November 14, 2019 (Doc. 34).

Respectfully submitted,

*s/ William P. Earley*
WILLIAM P. EARLEY
ASSISTANT FEDERAL PUBLIC DEFENDER
Bar Number 11293
SUITE 109, 215 DEAN A. McGEE AVENUE
OKLAHOMA CITY, OKLAHOMA  73102
(405)609-5930   FAX (405) 609-5932
E-mail   william.earley@fd.org
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of November, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrant: Mary Walters, Assistant United States Attorney.

*s/ William P. Earley*
WILLIAM P. EARLEY