APPEAL,CLOSED,DET,_RTC

Email All Attys
Email All Attys and Secondary Emails

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CRIMINAL DOCKET FOR CASE #: <u>5:19–cr–00111–R–1</u>

Case title: USA v. Pedro

Date Filed: 04/17/2019
Date Terminated: 11/14/2019

Assigned to: Honorable David L. Russell

**Defendant (1)**

**Jason Scott Pedro**
*TERMINATED: 11/14/2019*

represented by **William P Earley**
Federal Public Defender–OKC
215 Dean A McGee Ave
Suite 109
Oklahoma City, OK 73102
405–609–5930
Fax: 405–609–5932
Email: <u>william_earley@fd.org</u>
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts**

18:924(d) & 28:2461(c)
CRIMINAL FORFEITURE

18:922(g)(1) FELON IN
POSSESSION OF FIREARM
(1)

**Disposition**

Defendant is sentenced to custody of Bureau of
Prisons for a term of 84 months. This sentence shall
be served concurrently with Custer County case
CF–2019–45; 3 years Supervised Release; $100.00
S/A Fee

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

**Complaints**                                          **Disposition**

None

---

**Plaintiff**

**United States of America**             represented by   **Mary E Walters**
                                                          US Attorney's Office–OKC
                                                          210 W Park Ave
                                                          Suite 400
                                                          Oklahoma City, OK 73102
                                                          405–553–8830
                                                          Fax: 405–553–8888
                                                          Email: mary.walters2@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/17/2019 | 1 | | SEALED INDICTMENT as to Jason Scott Pedro (1) count(s) 1 and Criminal Forfeiture. (Attachments: # 1 Criminal Cover Sheet Jason Scott Pedro) (nv) (Entered: 04/18/2019) |
| 04/18/2019 | 3 | | MOTION for Writ of Habeas Corpus ad prosequendum by United States of America as to Jason Scott Pedro. (cps) (Entered: 04/18/2019) |
| 04/19/2019 | 4 | | ORDER granting 3 Motion for Writ of Habeas Corpus ad prosequendum as to Jason Scott Pedro (1). Signed by Magistrate Judge Suzanne Mitchell on 4/19/19. (lb) (Main Document 4 replaced on 4/19/2019) (lb). (Entered: 04/19/2019) |
| 04/19/2019 | 5 | | Writ of Habeas Corpus ad Prosequendum Issued as to Jason Scott Pedro for 5/8/19 at 3:00 p.m. (lb) (Entered: 04/19/2019) |
| 04/22/2019 | 6 | | NOTICE OF HEARING as to Jason Scott Pedro Arraignment set for 5/8/2019 03:00 PM in Courtroom 201 before Magistrate Judge Gary M. Purcell. (cps) (Entered: 04/22/2019) |
| 05/08/2019 | | | Case unsealed as to Jason Scott Pedro (cps) (Entered: 05/08/2019) |
| 05/08/2019 | 8 | | ENTRY OF ATTORNEY APPEARANCE: William P Earley appearing for Jason Scott Pedro (Earley, William) (Entered: 05/08/2019) |
| 05/08/2019 | 9 | | WARRANT Returned Executed on 05/08/19 in case as to Jason Scott Pedro. (nv) (Entered: 05/08/2019) |
| 05/08/2019 | 10 | | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by Jason Scott Pedro. (cps) (Entered: 05/08/2019) |
| 05/08/2019 | 11 | | MINUTE ENTRY for proceedings held before Magistrate Judge Gary M. Purcell:Arraignment as to Jason Scott Pedro (1) Count Complaint,1 held on 5/8/2019. Not Guilty Plea entered by Jason Scott Pedro on ALL COUNTS. Detention Hearing waived on 5/8/2019. Jury Trial set for 6/11/2019 09:00 AM in Courtroom 302 before Honorable David L. Russell. Dft remanded to the |

| | | | |
|---|---|---|---|
| | | | custody of the USM. (cps) (Entered: 05/08/2019) |
| 05/08/2019 | 12 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Bill Earley as to Jason Scott Pedro. Signed by Magistrate Judge Gary M. Purcell on 5/8/2019. (cps) (Entered: 05/08/2019) |
| 05/08/2019 | 13 | | WAIVER Of Detention Hearing & Consent to Order of Detention with an Order of Detention pending further proceedings as to Jason Scott Pedro. Signed by Magistrate Judge Gary M. Purcell on 5/8/2019. (cps) (Entered: 05/08/2019) |
| 05/09/2019 | 14 | | Criminal DOCKET: Jury Trial set for 6/11/2019 09:00 AM in Courtroom 302 before Honorable David L. Russell. ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES MUST BE FILED AND/OR PRESENTED TO THE COURT NO LATER THAN MONDAY JUNE 3, 2019. (jw) (Entered: 05/09/2019) |
| 05/17/2019 | 15 | | JOINT DISCOVERY STATEMENT by Plaintiff United States of America (Walters, Mary) (Entered: 05/17/2019) |
| 05/28/2019 | 16 | | UNOPPOSED MOTION to Continue *Jury Trial* by Jason Scott Pedro. (Earley, William) (Entered: 05/28/2019) |
| 05/28/2019 | 17 | | ORDER granting 16 Motion to Continue Jury Trial as to Jason Scott Pedro (1). Signed by Honorable David L. Russell on 5/28/19. (jw) (Entered: 05/28/2019) |
| 05/28/2019 | | | Set/Reset Hearings as to Jason Scott Pedro: Jury Trial set for 7/9/2019 09:00 AM in Courtroom 302 before Honorable David L. Russell. (jw) (Entered: 05/28/2019) |
| 06/07/2019 | 18 | | CRIMINAL DOCKET: Jury Trial set for 7/9/2019 09:00 AM in Courtroom 302 before Honorable David L. Russell. ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES MUST BE FILED AND/OR PRESENTED TO THE COURT NO LATER THAN THURSDAY, June 24, 2019. (jw) (Entered: 06/07/2019) |
| 06/19/2019 | 19 | | NOTICE OF HEARING as to Jason Scott Pedro Change of Plea Hearing set for 6/25/2019 10:00 AM in Courtroom 302 before Honorable David L. Russell. (jw) (Entered: 06/19/2019) |
| 06/25/2019 | 20 | | MINUTE ENTRY; for proceedings held before Honorable David L. Russell:Change of Plea Hearing as to Jason Scott Pedro held on 6/25/2019, Plea entered by Jason Scott Pedro (1) Guilty Count 1. Plea accepted and referred to USPO Jaclyn McGarvey. Sentencing to be set upon completion of the pre−sentence report. Dft remanded to custody of USM. (Court Reporter Tracy Washbourne.) (jw) (Entered: 06/25/2019) |
| 06/25/2019 | 21 | | PETITION To Enter a Plea of Guilty by Defendant Jason Scott Pedro (jw) (Entered: 06/25/2019) |
| 06/25/2019 | 22 | | WAIVER of Jury Trial by Jason Scott Pedro (jw) (Entered: 06/25/2019) |
| 10/11/2019 | 25 | | NOTICE OF HEARING as to Jason Scott Pedro Sentencing set for 11/12/2019 09:00 AM in Courtroom 302 before Honorable David L. Russell. (jw) (Entered: 10/11/2019) |
| 10/16/2019 | 26 | | MOTION for Forfeiture of Property *(Preliminary Order of Forfeiture)* by United States of America as to Jason Scott Pedro. (Walters, Mary) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/16/2019) |
| 10/16/2019 | 27 | | ORDER granting 26 Motion for Forfeiture of Property as to Jason Scott Pedro (1). Signed by Honorable David L. Russell on 10/16/19. (jw) (Entered: 10/16/2019) |
| 10/24/2019 | 28 | | RETURN OF SERVICE – NON SUMMONS USMS personally served defendant with a copy of the Preliminary Order of Forfeiture (LS–USMS, ) (Entered: 10/24/2019) |
| 10/25/2019 | 29 | | SENTENCING MEMORANDUM by Jason Scott Pedro (Attachments: # 1 Exhibit Picture of receiver, # 2 Exhibit View of lower receiver for AR–15 and component parts, # 3 Exhibit Parts of an AR–15)(Earley, William) (Entered: 10/25/2019) |
| 11/08/2019 | 30 | | RESPONSE by United States of America as to Jason Scott Pedro re 29 Sentencing Memorandum (Attachments: # 1 Exhibit Report of Investigation, # 2 Exhibit Firearm and Ammunition)(Walters, Mary) (Entered: 11/08/2019) |
| 11/12/2019 | 31 | | CHANGE NOTICE OF HEARING as to Jason Scott Pedro Sentencing set for 11/14/2019 10:00 AM in Courtroom 302 before Honorable David L. Russell. (previously scheduled 11/12/19)(jw) (Entered: 11/12/2019) |
| 11/12/2019 | 32 | | MINUTE ENTRY for proceedings held before Honorable David L. Russell:Sentencing Hearing as to Jason Scott Pedro held on 11/12/2019, For reasons stated sentencing is continued to Thursday November 14, 2019, @ 10:00 a.m. Dft remanded to custody of USM. (Court Reporter Sherri Grubbs.) (jw) (Entered: 11/13/2019) |
| 11/14/2019 | 33 | | MINUTE ENTRY for proceedings held before Honorable David L. Russell:Sentencing held on 11/14/2019 for Jason Scott Pedro (1), Count(s) 1, Defendant is sentenced to custody of Bureau of Prisons for a term of 84 months. This sentence shall be served concurrently with Custer County case CF–2019–45; 3 years Supervised Release; $100.00 S/A Fee. Dft remanded to custody of USM. (Court Reporter Susan Fenimore.) (jw) (Entered: 11/14/2019) |
| 11/14/2019 | 34 | 5 | JUDGMENT & Commitment as to Jason Scott Pedro (1), Count(s) 1, Defendant is sentenced to custody of Bureau of Prisons for a term of 84 months. This sentence shall be served concurrently with Custer County case CF–2019–45; 3 years Supervised Release; $100.00 S/A Fee. Signed by Honorable David L. Russell on 11/14/19. (jw) (Entered: 11/14/2019) |
| 11/18/2019 | 36 | | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Jason Scott Pedro on 11/18/19. (nv) (Entered: 11/18/2019) |
| 11/26/2019 | 37 | 12 | NOTICE OF APPEAL by Jason Scott Pedro re 34 Judgment & Commitment, (Earley, William) (Entered: 11/26/2019) |

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Oklahoma

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>JASON SCOTT PEDRO | ) ) ) ) ) ) ) ) ) ) | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:     CR-19-00111-001<br><br>USM Number:     32664-064<br><br>William P. Early<br>Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s)   1 of the Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §922(g)(1) | Felon in Possession of Firearm | 02/07/2019 | 1 |
| | Criminal Forfeiture | | |

    The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 14, 2019
Date of Imposition of Judgment


*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE


November 14, 2019
Date Signed

AO 245B  (Rev. 09/19)  Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:        Jason Scott Pedro
CASE NUMBER:      CR-19-00111-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**84 months to be served concurrently with any sentence imposed in Custer County District Court Case CF-19-45.**

☒    The court makes the following recommendations to the Bureau of Prisons:

It is recommended the defendant participate in the Federal Bureau of Prisons Inmate Financial Responsibility Program at a rate determined by Bureau of Prisons staff in accordance with the program.

It is recommended that the defendant, if eligible, participate in the Residential Drug Abuse Program.

It is recommended that the defendant, if eligible, be incarcerated at FCI El Reno

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____  ☐ a.m.  ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    By 2 p.m. on    _____

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered
on _____    to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19) Judgment in a Criminal Case
        Sheet 3 — Supervised Release

Judgment—Page   3   of    7   

DEFENDANT:      Jason Scott Pedro
CASE NUMBER:  CR-19-00111-001

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **3 years**

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

7

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | Judgment— | 4 | of | 7 |
|---|---|---|---|---|

DEFENDANT: Jason Scott Pedro
CASE NUMBER: CR-19-00111-001

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. Stricken.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's
Signature _____

Date
_____

8

AO 245B(Rev. 09/19) Judgment in a Criminal Case
Sheet 3B— Supervised Release

Judgment—Page __5__ of __7__

DEFENDANT: Jason Scott Pedro
CASE NUMBER: CR-19-00111-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant must submit to a search of his person, property, electronic devices or any automobile under her control to be conducted in a reasonable manner and at a reasonable time, for the purpose of determining possession, or evidence of possession, of firearms, controlled substances, drug paraphernalia, and/or stolen property at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.

The defendant shall participate in a program of substance abuse aftercare at the direction of the probation officer to include urine, breath, or sweat patch testing; and outpatient treatment.  The defendant shall totally abstain from the use of alcohol and other intoxicants both during and after completion of any treatment program. The defendant shall not frequent bars, clubs, or other establishments where alcohol is the main business.  The court may order that the defendant contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer based on the defendant's ability to pay.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
              Sheet 5 — Criminal Monetary Penalties

Judgment — Page   6   of    7  

DEFENDANT:           Jason Scott Pedro
CASE NUMBER:       CR-19-00111-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| **TOTALS** | $ | $ | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\*   Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT:          Jason Scott Pedro
CASE NUMBER:        CR-19-00111-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    ☒  Lump sum payment of $   100.00        due immediately, balance due

     ☐   not later than _____ , or
     ☐   in accordance with   ☐   C,   ☐   D,   ☐   E, or   ☐   F below; or

B    ☐  Payment to begin immediately (may be combined with        ☐ C,      ☐ D, or      ☐ F below); or

C    ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

E    ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days)

        after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's
        ability to pay at that time; or

F    ☐  Special instructions regarding the payment of criminal monetary penalties:

        If restitution is not paid immediately, the defendant shall make payments of 10% of the defendant's quarterly earnings
        during the term of imprisonment.

        After release from confinement, if restitution is not paid immediately, the defendant shall make payments of the greater of
        $_____ per month or 10% of defendant's gross monthly income, as directed by the probation officer.  Payments are to
        commence not later than 30 days after release from confinement.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, shall be paid through the United States Court Clerk for the Western District of Oklahoma, 200 N.W. 4th Street, Oklahoma City, Oklahoma 73102.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.
☐   Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.
☐   The defendant shall pay the following court cost(s):
☒   The defendant shall forfeit the defendant's interest in the following property to the United States:

     All right, title, and interest in the assets listed in the Preliminary Order of Forfeiture dated October 16, 2019 (doc. no. 27).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
                                   )
          Plaintiff,        )
                                   )
v.                            )          Case No. CR-19-111-R
                                   )
JASON SCOTT PEDRO,        )
                                   )
          Defendant.     )

## NOTICE OF APPEAL

Notice is hereby given that Jason Scott Pedro, defendant herein, through his attorney of record, William P. Earley, Assistant Federal Public Defender, intends to appeal to the United States Court of Appeals for the Tenth Circuit the district court's final judgment filed on November 14, 2019 (Doc. 34).

Respectfully submitted,

*s/ William P. Earley*
WILLIAM P. EARLEY
ASSISTANT FEDERAL PUBLIC DEFENDER
Bar Number 11293
SUITE 109, 215 DEAN A. McGEE AVENUE
OKLAHOMA CITY, OKLAHOMA  73102
(405)609-5930   FAX (405) 609-5932
E-mail    william.earley@fd.org
COUNSEL FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of November, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrant: Mary Walters, Assistant United States Attorney.

*s/ William P. Earley*
WILLIAM P. EARLEY